IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHAD L. DANIELSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AUSTIN MUTUAL INSURANCE COMPANY, and DOES 1-5,<br><br>　　　　　Defendants. | Cause No.: 4:21-cv-00053-BMM-JTJ<br><br>**ORDER FOR DISMISSAL, WITH PREJUDICE** |

Upon stipulation between the Plaintiff and Defendants, and for good cause appearing, IT IS HEREBY ORDERED that this matter is dismissed, with prejudice, as fully settled on the merits, with each party to pay their own costs and attorneys' fees.

Dated this 12th day of April 2022.

_____
Brian Morris, Chief District Judge
United States District Court